# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

LOS ANGELES, CALIFORNIA 90017

www.LondonFischer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020

November 16, 2020

**VIA ECF & EMAIL**

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **U.S. Specialty Ins. Co. v. Harleysville Worcester Ins. Co.**
      **Civil Action No.: 1:20-cv-07691-AT**

Dear Judge Torres:

I am counsel for the plaintiff, U.S. Specialty Insurance Company. Defendant Harleysville Worcester Insurance Company has request an extension of time to answer the complaint until December 1, 2020, and plaintiff has no objection. Accordingly, the parties jointly request that: (1) their time to notify the Court regarding whether they consent to conduct all further proceedings before the assigned Magistrate Judge be extended from November 16, 2020 (Dkt. 7) to a date after December 1, 2020, and (2) the Initial Pretrial Conference scheduled for November 23, 2020 at 11:20 am (Dkt. 6, 8) be adjourned to a date after the date set for (1) above. There has been no previous request for adjournment of the foregoing dates. I have spoken with counsel for the defendant and this letter is submitted as a joint request by both parties.

We thank the Court for its consideration of this request.

Respectfully yours,

*Jan H. Duffalo*

Jan H. Duffalo

cc: Ruth L. Tisdale, Esq. (via ECF and email)

GRANTED. The conference scheduled for November 23, 2020, is ADJOURNED to **December 10, 2020,** at **10:20 a.m.** By **December 3, 2020,** the parties shall submit a joint status letter and case management plan, and shall notify the Court if they consent to conduct all further proceedings before the assigned Magistrate Judge as set forth in the Court's order of September 22, 2020, ECF No. 7. By **December 1, 2020,** Defendant shall answer or otherwise respond to the Complaint.

Dated: November 16, 2020
       New York, New York

{N1781024 1}

_____
ANALISA TORRES
United States District Judge