```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

HARLEYSVILLE WORCESTER INSURANCE COMPANY,

                Defendant.

20 Civ. 7691 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the parties' consent to conduct all proceedings before the Honorable Sarah L. Cave, the conference scheduled for December 10, 2020, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 4, 2020
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge