UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SPECIALTY INSURANCE COMPANY,

                    Plaintiff,

    -v-

HARLEYSVILLE WORCESTER INSURANCE COMPANY,

                    Defendant.

CIVIL ACTION NO.: 20 Civ. 7691 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court held a Telephone Conference today concerning the status of discovery.  (ECF No. 21).  Pursuant to the Telephone Conference, the fact discovery deadline is EXTENDED from April 30, 2021, until **Tuesday, June 1, 2021**.  The parties shall submit a joint letter certifying the completion of fact discovery no later than **Tuesday, June 8, 2021**.  In the event that the Aggressive deposition in the related state court action does <u>not</u> proceed on May 20, 2021 as planned, any request for a further extension of the fact discovery deadline must be made before **June 1, 2021**.

Dated:      New York, New York
             April 13, 2021

                              SO ORDERED

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**