UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 20 Civ. 7691 (SLC)

HARLEYSVILLE WORCESTER INSURANCE COMPANY,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On June 1, 2021, the Court extended the fact discovery deadline to August 2, 2021 and directed the parties to file a joint status report confirming the completion of fact discovery (the "Joint Status Report") by August 3, 2021.  (ECF No. 42).  The parties have not done so. Accordingly, by **Monday, August 9, 2021**, the parties shall file the Joint Status Report.

The Court reminds the parties that in-person oral argument concerning Plaintiff's Motion for Partial Summary Judgment will take place on August 12, 2021 at 10:00 am.  (ECF No. 44).

Dated:      New York, New York
             August 5, 2021

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**