UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -v- <br><br> HARLEYSVILLE WORCESTER INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: 20 Civ. 7691 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's ruling at the Oral Argument held today, August 12, 2021, the Court orders as follow:

1. The Court will issue an Opinion & Order concerning Plaintiff's Motion for Partial Summary Judgment (ECF No. 32) in due course.

2. The parties' joint letter-motion requesting an extension of the fact discovery deadline (ECF No. 46) is GRANTED. The deadline for the completion of fact discovery is EXTENDED from August 2, 2021 (see ECF No. 42) until **Friday, October 1, 2021**. The parties shall file a joint status report certifying the completion of fact discovery no later than **Monday, October 4, 2021**. The date on which this matter is deemed ready for trial is EXTENDED from November 1, 2021 until **Tuesday, February 1, 2022**.

3. A Telephone Status Conference is scheduled on **Thursday, October 7, 2021 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 46.

Dated: New York, New York
August 12, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2