UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SPECIALTY INSURANCE COMPANY,

                              Plaintiff,

    -v-
                                                    CIVIL ACTION NO.: 20 Civ. 7691 (SLC)

HARLEYSVILLE WORCESTER INSURANCE COMPANY,                     **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On August 12, 2021, the Court scheduled a Telephone Status Conference on October 7, 2021, and directed the parties to "file a joint status report certifying the completion of fact discovery [the "Joint Status Letter"] no later than **Monday, October 4, 2021**."  (ECF No. 48).  The parties have not filed the Joint Status Letter.

Accordingly, the deadline to file the Joint Status Letter is EXTENDED, nunc pro tunc, to **5:00 pm** on **Wednesday, October 6, 2021**.

Dated:        New York, New York
              October 5, 2021

                                   SO ORDERED.

                                   _____
                                   SARAH L. CAVE
                                   **United States Magistrate Judge**